IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TAMMIE GERRARD,

      Plaintiff,

v.                                                     No. CIV 09-1070 JB/RHS

SANDOVAL COUNTY BOARD OF COMMISSIONERS, in their official capacity, JUAN VIGIL, in his personal capacity and acting as County Manager for Sandoval, DEBBIE HAYS, in her personal capacity and acting as County Manager for Sandoval County,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulated Order of Dismissal with Prejudice, filed March 31, 2011 (Doc. 52), which dismissed Plaintiff Tammie Gerrard's Complaint, and all claims asserted therein or that could have been asserted therein, with prejudice. Because the parties' stipulation disposes of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered, and that Plaintiff Tammie Gerrard's claims against Defendants Sandoval County Board of Commissioners, Juan Vigil, and Debbie Hays are dismissed with prejudice, and this case is dismissed.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Donald G. Gilpin
Lindsay Fay Van Meter
Gilpin & Keefe, P.C.

    *Attorneys for the Plaintiff*

Barbara G. Stephenson
Sheehan & Sheehan, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendants*